No. 154. COLLINS *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. *Gerald Robin Griffin* for petitioner.

No. 160. MAY *v.* ELLIS TRUCKING Co., INC. C. A. 6th Cir. Certiorari denied. *Clarence E. Clifton* for petitioner. *L. E. Gwinn* for respondent.

No. 162. PHILLIPS PETROLEUM Co. *v.* BUSTER ET AL. C. A. 10th Cir. Certiorari denied. *Rayburn L. Foster, Harry D. Turner, R. M. Williams, Cecil C. Hamilton* and *Reford Bond* for petitioner. *V. P. Crowe* for respondents.

No. 163. RUSSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 164. HOPPE *v.* UNITED STATES. Court of Claims. Certiorari denied. *John P. Witsil* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.

No. 166. C. S. JOHNSON Co. *v.* STROMBERG, DOING BUSINESS AS CALIFORNIA BATCHING EQUIPMENT Co., ET AL. C. A. 9th Cir. Certiorari denied. *William A. Denny* for petitioner.

No. 170. ROBEY *v.* SUN RECORD Co., INC. C. A. 5th Cir. Certiorari denied. *Harry Dow* for petitioner. *Grover N. McCormick* for respondent.